# EXHIBIT Q

# PRELIMINARY COMPLAINT RECORD

**REPORT ON:** (No Arr) Fatal Shooting
**PLACE OF OCCURRENCE:** ☒ ON STREET 10106 E. Warren
**NAME AND TYPE OF BUSINESS:** Marathon Gas Station
**TYPE OF BLDG:** (blank)

**OCCURRED ON OR BETWEEN:** MO 5 / DAY 5 / YR 99 / DAY OF WK — / TIME 12:45 AM
**AND:** 9 / 4 / 99 / — / 12:55
**REPORTED TO POLICE ON:** — / — / 99 / — / 1:00 AM

**DAY:** ☐ 1 NIGHT ☒ 2 UNK ☐ 3
**SCOUT CAR AREA:** —
**AGE/SEX/RACE:** 37 M W

**PERSON REPORTING OFFENSE:** Sameer Naser
**COMPLAINANT'S NAME:** Lisa Kindred — AGE 35 F W
**COMPLAINANT INJURED?** ☒ YES ☐ NO

**WAS COMPLAINANT WORKING?** ☒ NO ☐ YES
**METHOD OF ENTRY:** ☐ UNK — NA
**METHOD OF ESCAPE:** ☒ UNK
**DESCRIBE WEAPON:** ☒ UNK
**NO. OF PERPETRATORS:** ☒ UNK — DESCRIBE: ☒ MALE ☐ FEMALE ☐ JUVENILE / ☒ ADULT ☐ WHITE ☒ BLACK ☐ OTHER ☐ UNK
**TOTAL VALUE:** $ —

**VICTIM—PERPETRATOR RELATIONSHIP:** ☐ RELATED ☐ ACQUAINTED ☒ STRANGERS ☐ UNK
**UNIT(S) NOTIFIED:** NEC, ☒ Homicide
**NAME:** Lt. Lamott Evid Tech unit #4703; Sgt. Kirk / Babcock
**TIME:** 1:15 AM **DATE:** 5-9-99

**SOLVABILITY FACTORS:**
- ARREST(S): ☐ YES ☒ NO
- DESCRIPTION(S) OF PERPETRATOR(S): ☐ YES ☒ NO
- WITNESS(ES): ☒ YES ☐ NO
- VEHICLE LICENSE NUMBER(S): ☒ YES ☐ NO
- PHYSICAL EVIDENCE: ☒ YES ☐ NO

**Narrative:**
A - No unkwn descrip of perps at present
S - PR to abv. loc. Inv woman shot
C - At abv. time & loc, w/tr arrived at loc & obsvd complt abv to be lieing face down in f/o the entrance door of the loc w/tr obsvd blood on lft chest of complt. MED 12 arrived at loc & conveyed to DRH. At DRH, complt was DOA per Dr. Welch w/ a c#nt #838013209. Also at loc, there was a 99/Plymouth/white Voyager LP: LDV15 w/ the drvr. side window broken away. Per Homicide invesds. 2671 & 2673, w/tr conveyed Kendrick Scott B/m/20 & Raymond Jackson B/m/22 (who stated they witnessed a blk male shooting at complt) to H.Q. Homicide sect. Evid Tech unit 4703 arrived at loc also. In the white Voyager there were also 3 small children that appeared to be complt. children.

**REPORTING OFFICER:** Frank Scola
**SIGNATURE:** Frank Scola
**BADGE:** 3903 **COMMAND:** 5th Pct **ASSIGNMENT:** 5-8 **FURLOUGH:** S13

**OTHER OFFICERS INVOLVED:**
- Willie Soles 2073 5th S11
- George Ball 1125 5th
- Terry Wilcox 1531 5th

**SUPERVISOR CHECKING REPORT:** Felix Kirk

D.P.D. 108  C of D—783-RE (Rev. 9-81) (FOUR COPIES TO BE MADE ON EACH PRELIMINARY COMPLAINT RECORD PLUS EXTRAS AS NEEDED) — DETROIT POLICE DEPARTMENT

Johnson/Scott 90