# EXHIBIT V

PRELIMINARY COMPLAINT RECORD

| REPORT ON | | ASSIGNED TO (NAME AND BADGE NO.) | | | | | | | | | | INT NO. | | | COMPLAINT NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**1/JUV DETAIN**

| PLACE OF OCCURRENCE | | OCCURRED ON OR BETWEEN | MO. 05 | DAY | YR. | DAY OF WK | TIME | DAY XX 1 | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|---|
| ☐ ON STREET F/O 4468 HURLBUT | | | | | | | | NIGHT ☐ 2 | SCOUT CAR AREA |
| NAME AND TYPE OF BUSINESS | | AND | 09 | | | | | UNK. | |
| TYPE OF BLDG. (APT., HOTEL, PRIV. RES. — SINGLE FAMILY, ETC.) | | REPORTED TO POLICE ON | 99 | | SUN | 11:20AM | ☐ 3 | | |

| PERSON REPORTING OFFENSE | TITLE | ADDRESS | PHONE | AGE | SEX | RACE |
|---|---|---|---|---|---|---|

| COMPLAINANT'S NAME | ADDRESS | PHONE BUS. RES. | AGE | SEX | RACE |
|---|---|---|---|---|---|
| LISA KINDRED 25840 LAWN ROSEVILLE, MI. | | | 35 | F | BLK |

| WAS COMPLAINANT WORKING? IF YES — OCCUPATION, BUSINESS NAME AND ADDRESS | | COMPLAINANT INJURED? |
|---|---|---|
| ☐ NO ☐ YES — | | ☐ YES ☐ NO |

| METHOD OF ENTRY | METHOD OF ESCAPE | DESCRIBE WEAPON |
|---|---|---|
| ☐ UNK. | ☐ UNK. | ☐ UNK. |

| NO. OF PERPETRATORS | DESCRIBE: | | | | | | | TOTAL VALUE $ |
|---|---|---|---|---|---|---|---|---|
| ☐ UNK. 1 | XX MALE ☐ UNK. | ☐ FEMALE | XX JUVENILE ☐ UNK. | ☐ ADULT | ☐ WHITE ☐ OTHER | XX BLACK ☐ UNK. | | |

| VICTIM — PERPETRATOR RELATIONSHIP | | | UNK. | UNIT(S) NOTIFIED | NAME | TIME |
|---|---|---|---|---|---|---|
| ☐ RELATED | ☐ ACQUAINTED | ☐ STRANGERS | ☐ | | | DATE |

## WERE THE FOLLOWING SOLVABILITY FACTORS PRESENT IN THIS INCIDENT?
(USING THE FORMAT ON THE INFORMATION GUIDE, GIVE DETAILS IN NARRATIVE BELOW FOR EACH YES ANSWER.)

| ARREST(S) | | DESCRIPTION(S) OF PERPETRATOR(S) | | WITNESS(ES) | | VEHICLE LICENSE NUMBER(S) | | PHYSICAL EVIDENCE | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ YES | ☐ NO | ☐ YES | ☐ NO | ☐ YES | ☐ NO | ☐ YES | ☐ NO | ☐ YES | ☐ NO |

A: JUV DETAIN: ANTONIO BURNETTE B/M14, DOB 11/17/84, 5'5" 150LBS. OF ███████

S: CONDUCTING SURVEY OF FATAL SHOOTING SCENE — CANVASS AREA OF E. FOREST HURLBUT

C: WRITER OBSERVED THE ABOVE SUBJECT ASLEEP IN UN-REGISTERED VEH. PARKED ON STREET F/O 4468 HURLBUT, VIN#4X69XAH476391, WHITE/BLUE, BUICK. WRITER INV. SAME WHO ADVISED HE HAD FELL ASLEEP IN VEHICLE AFTER DRINKING WITH SNOOK (KENDRICK SCOTT) ALL NIGHT AT A CLUB. WRITER DETAIN SAME AND HAD HIM CONVEYED TO HOMICIDE FOR QUESTIONING, RE: THE FATAL SHOOTING OF LISA KINDRED.

| REPORTING OFFICER (PRINT OR TYPE) | OTHER OFFICERS INVOLVED | BADGE | COMMAND | FURLOUGH |
|---|---|---|---|---|
| RODNEY D. JACKSON | KELLEY LITTLEJOHN | 3435 | HOMICIDE | |

| SIGNATURE | | | | |
|---|---|---|---|---|
| *[signature: Rodney D. Jackson]* | | | | |

| BADGE I-9 | COMMAND HOMICIDE | ASSIGNMENT SQ.6 | FURLOUGH | |
|---|---|---|---|---|

| SUPERVISOR CHECKING REPORT (PRINT OR TYPE) | RANK | SIGNATURE | COMPUTER ENTRY BY |
|---|---|---|---|
| *[signature]* | Sgt | *[signature]* | |

D.P.D. 108   C of D—783-RE (Rev. 9-81)   **(FOUR COPIES TO BE MADE ON EACH PRELIMINARY COMPLAINT RECORD PLUS EXTRAS AS NEEDED)**   DETROIT POLICE DEPARTMENT

Johnson/Scott 89